# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIAM GARY ARNOLD, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 2:15-00063 |
| ) | Judge Sharp |
| ERIN BULLARD and ) | |
| MELISSA EALEY, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The Magistrate Judge has entered a Report and Recommendation (Docket No. 47) recommending that the unopposed Partial Motion to Dismiss (Docket No. 34) filed by Defendant Melissa Ealey be granted. No objections to the R & R have been filed.

Having conducted the de novo review required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition because Defendant Ealey is employed as a nurse by Southern Health Partners, Inc. and the Complaint does not allege that any official policy, practice, or custom of that entity caused the alleged deprivation of Plaintiff's constitutional rights.

Accordingly, the Court rules as follows:

(1) The Report and Recommendation (Docket No. 47) is hereby ACCEPTED and APPROVED; and

(2) The Partial Motion to Dismiss (Docket No. 34) filed by Defendant Ealey is hereby GRANTED and the official capacity claims against her are dismissed.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE